ond Circuit granted. *Messrs. Edward M. Ladden* for petitioner. *Solicitor General Jackson* and *Messrs. Charles A. Horsky, Charles Fahy, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 300. BRUNO *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. M. Michael Edelstein* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Amos W. W. Woodcock* and *George F. Kneip* for the United States.

No. 310. BERRY, ADMINISTRATRIX, *v.* MIDTOWN SERVICE CORP. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Harold R. Medina* and *Frank L. Tyson* for petitioner. *Messrs. Samuel H. Kaufman* and *Emil Weitzner* for respondents.

No. 146. HIGGINS, COLLECTOR OF INTERNAL REVENUE, *v.* SMITH. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. David Sher* for respondent.

No. 317. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JOHNSON. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Stanley S. Waite* and *Abraham Lowenhaupt* for respondent.